

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00216-CV

| | | |
|---|---|---|
| WILLIAM RAINEY, Appellant | § | On Appeal from the 96th District Court |
| V. | § | of Tarrant County (096-300703-18) |
| | § | March 13, 2025 |
| BRANDON SANDERS, Appellee | § | Memorandum Opinion by Justice Womack |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed and the case is remanded to the trial court for further proceedings consistent with this opinion.

SECOND DISTRICT COURT OF APPEALS

By: /s/ Dana Womack
Justice Dana Womack